# Law Office of Benjamin J. Hinerfeld

| 1528 Walnut Street, Suite 1100 | 9 Stoddard Street | 447 Broadway, 2nd Floor |
|---|---|---|
| Philadelphia, PA 19102 | Plymouth, MA 02360 | New York, NY 10013 |
| (Tel.) 215.694.7432 | (Tel) 508.591.0385 | (Fax) 215.689.2423 |

Ben@Hinerfeldlaw.com   Licensed in MA, PA, NY, NC, NJ, DE (inactive)

June 27, 2025

*Via Electronic Filing*
Hon. Nusrat J. Choudhury
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: *T.H. and E.H. et al v. W. Hempstead Union Free School Dist.*, No 2:25-150-NJC-JMW

Dear Judge Choudhury,

    This office represents Parents/Plaintiffs in an action for administrative review under the Individuals with Disabilities Education Act.

    On March 19, 2025, this case was assigned to Your Honor and Magistrate Judge Wicks following the parties' decision not to participate in the Eastern District's magistrate Pilot Program.

    The parties respectfully request a Rule 16 conference to discuss a briefing schedule for cross motions for judgment on the administrative record and any other matters Your Honor would like to discuss.

    The parties thank you for your time and consideration.

                                               Respectfully submitted,

Cc: all parties *via* ECF.

                                               Benjamin J. Hinerfeld
                                               LAW OFFICE OF BENJAMIN J. HINERFELD
                                               9 Stoddard Street
                                                  Plymouth, MA 02360

                                               1528 Walnut Street, Suite 1100
                                                  Philadelphia, PA 19102

                                               447 Broadway 2nd Floor
                                                  New York, NY 10013

                                               Office (508) 591-0385
                                               Cell (215) 694-7432
                                               Fax (215) 689-2423
                                               Ben@hinerfeldlaw.com
                                               *Licensed in MA, PA, NJ, NY, NC & DE (inactive)*

1