UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

**T.H. and E.H.** individually, and on behalf of their child, R.H., a minor,

Plaintiffs,

-against-

**West Hempstead Union Free School District**

Defendant.
_____X

**Case No. 2:25-150-NJC-JMW**

Individuals with Disabilities Education Act;
N.Y. Educ. Law § 4401 *et seq*.

## NOTICE OF MOTION FOR
## JUDGMENT ON THE ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE, that on the Declaration of Benjamin J. Hinerfeld, dated February 27, 2026, the accompanying Memorandum of Law, and upon the Certified Administrative Record before the State Review Officer, the undersigned will move this Court before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse located at 225 Cadman Plaza East, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure for judgment on the administrative record, in favor of Plaintiffs T.H. and E.H., individually and on behalf of R.H., a minor, reversing and vacating the October 4, 2024 decision of the State Review Officer (SRO) No. 24-345, *Application of the Board of Education of the West Hempstead Union Free School District.*

Plaintiffs ask the Court for the following relief:

- A finding that that the SRO erred when it reversed the IHO's Findings of Fact and Decision.

- A finding vacating the SRO's decision and reinstating the IHO's decision.

- A finding that Parents are prevailing parties under the IDEA.

- An award to Parents of reasonable attorneys' fees, costs and expenses.

- An award to Parents pre- and post-judgment interest.

- An award for any other relief this Court deems appropriate.

Dated: February 27, 2026                                       Respectfully submitted,

                                                               _____

Richard F. Corrao                                              Benjamin J. Hinerfeld
**Law Office of Susan J. Deedy & Associates**                  **Law Office of Benjamin J. Hinerfeld**
1600 Stewart Avenue, Suite 609                                 9 Stoddard Street
Westbury, New York 11590                                       Plymouth, MA 02360
(516) 221-8133                                                 1528 Walnut Street, Suite 1100
Rcorrao@Susandeedylaw.com                                      Philadelphia, PA 19102
                                                               447 Broadway 2nd Floor
                                                               New York, NY 10013
                                                               (508) 591-0385
                                                               Ben@hinerfeldlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

**T.H. and E.H.** individually, and on behalf of their child, R.H., a minor,

        Plaintiffs,

    -against-

**West Hempstead Union Free School District**

        Defendant.
_____X

**Case No. 2:25-150-NJC-JMW**

Individuals with Disabilities Education Act;
N.Y. Educ. Law § 4401 *et seq*.

## CERTIFICATE OF SERVICE

I, Benjamin J. Hinerfeld, certify that on February 4, 2026, served *via electronic mail* the above Notice of Motion for Judgment on the Administrative Record, along with a supporting Memorandum of Law, and a Declaration by the undersigned in support of the instant motion on John Sheahan, Esq., counsel for Defendant, West Hempstead Union Free School District.

Dated: February 4, 2026
Plymouth, Massachusetts

/s/ Benjamin J. Hinerfeld
Benjamin J. Hinerfeld
**LAW OFFICE OF BENJAMIN J. HINERFELD**
Attorneys for Plaintiffs
9 Stoddard Street
   Plymouth, MA 02360
1528 Walnut Street, Suite 1100
   Philadelphia, PA 19102
447 Broadway 2nd Floor
   New York, NY 10013
Office (508) 591-0385
Cell (215) 694-7432
Fax (215) 689-2423
Ben@hinerfeldlaw.com