UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

**T.H. and E.H.** individually, and on behalf of their child, R.H., a minor,

Plaintiffs,

-against-

**West Hempstead Union Free School District**

Defendant.
_____X

**Case No. 2:25-150-NJC-JMW**

Individuals with Disabilities Education Act;
N.Y. Educ. Law § 4401 *et seq*.

### Declaration of Benjamin J. Hinerfeld in Support of Plaintiffs' Motion for Judgment on the Administrative Record

1. I am the Owner and Principal of the Law Office of Benjamin J. Hinerfeld.

2. I serve as co-counsel with Richard F. Corrao, Esq., of the Law Office of Susan J. Deedy and Associates, for Plaintiffs, T.H. and E.H., individually, and on behalf of R.H., a minor. along

3. I make this Declaration in support of Plaintiffs' Motion for Judgment on the Administrative Record, supporting the claims asserted in Plaintiffs' January 9, 2025 Complaint. ECF 1.

4. Plaintiffs' Motion for Judgment on the Administrative Record is based on the Certified Administrative Record before the State Review Officer (SRO) in Appeal No. 24-345 entitled *Application of the Board of Education of the West Hempstead Union Free School District*

5. I affirm that the foregoing statements are true. I am aware that if they are willfully false, I am subject to punishment.

| | |
|---|---|
| Dated: February 27, 2026<br>Plymouth, Massachusetts | /s/ Benjamin J. Hinerfeld<br>Benjamin J. Hinerfeld<br>**LAW OFFICE OF BENJAMIN J. HINERFELD**<br>Attorneys for Plaintiffs<br>9 Stoddard Street<br>    Plymouth, MA 02360<br>1528 Walnut Street, Suite 1100<br>    Philadelphia, PA 19102<br>447 Broadway 2nd Floor<br>    New York, NY 10013<br>Office (508) 591-0385<br>Cell (215) 694-7432<br>Fax (215) 689-2423<br>Ben@hinerfeldlaw.com |